## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **(1)    GERALD A. BEECHER, as Trustee of the GERALD A. BEECHER LIVING TRUST, and** ) | |
| **(2)    LUCY C. BEECHER, as Trustee of the LUCY C. BEECHER LIVING TRUST,** ) | |
| **Plaintiffs,** ) | |
| **vs.** ) | **Case No. 21-CV-569-J** |
| **(1)    MIDSHIP PIPELINE COMPANY, LLC,** a foreign limited liability company, ) | |
| **(2)    CHENIERE ENERGY, INC.** a foreign corporation, ) | |
| **(3)    STRIKE, LLC,** a foreign limited liability company, ) | |
| **Defendants.** ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), the parties, by and through their respective counsel, hereby stipulate to the dismissal with prejudice of all Plaintiffs' claims against all Defendants. The parties shall bear their own costs and attorney fees.

//

//

//

//

//

//

//

//

Respectfully submitted this 27th day of July, 2021.

/s Henry A. Meyer, III_____
Henry A. Meyer, III, OBA # 6163
Joseph K. Goerke, OBA # 13103
John A. Krahl, OBA # 31124
BEHENNA GOERKE KRAHL & MEYER, P.L.L.C.
210 Park Avenue, Suite 3030
Oklahoma City, OK 73102
Telephone: (405) 232-3800
Fax: (405) 232-8999
hank@lawfirmokc.com
jgoerke@lawfirmokc.com
jkrahl@lawfirmokc.com
*Attorneys for Plaintiffs*


/s D. Kenyon Williams, Jr._____
D. Kenyon Williams, Jr., OBA # 9643
Mark Banner, OBA # 13243
HALL ESTILL HARDWICK GABLE GOLDEN &
NELSON, PC
320 S Boston Ave., Ste. 200
Tulsa, OK 74136-4226
Telephone: (918)594-0400
Fax: (918)594-0505
kwilliams@hallestill.com
mbanner@hallestill.com

- and -

Thomas A. Zabel, Texas Bar No. 22235500
Vadim O. Bourenin, Texas Bar No. 24076284
ZABEL FREEMAN
1135 Heights Boulevard
Houston, TX 77008
Telephone: (713)802-9117
Fax: (713)802-9114
tzabel@zflawfirm.com
vbourenin@zflawfirm.com
*Attorneys for Defendants Midship Pipeline*
*Company, LLC, and Cheniere Energy, Inc.*

2

/s Philard L. Rounds, Jr.
Philard L. Rounds, Jr., OBA #7780
Charles D. Neal, Jr., OBA #6591
STEIDLEY & NEAL, P.L.L.C.
CityPlex Towers, 53rd Floor
2448 East 81st Street
Tulsa, OK 74137
Telephone: (918)664-4612
Fax: (918)664-4133
plr@steidley-neal.com
cdn@steidley-neal.com
*Attorneys for Defendant Strike, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2021, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

D. Kenyon Williams, Jr., kwilliams@hallestill.com
Mark Banner, mbanner@hallestill.com
HALL ESTILL HARDWICK GABLE GOLDEN & NELSON, PC
*Attorneys for Defendants Midship Pipeline Company, LLC, and Cheniere Energy, Inc.*

Thomas Zabel, tzabel@zflawfirm.com
Vadim Bourenin, vbourenin@zflawfirm.com
ZABEL FREEMAN
*Attorneys for Defendants Midship Pipeline Company, LLC, and Cheniere Energy, Inc.*

Philard L. Rounds, Jr., plr@steidley-neal.com
Charles D. Neal, Jr., cdn@steidley-neal.com
STEIDLEY & NEAL, P.L.L.C.
*Attorneys for Defendant Strike, LLC*

/s Henry A. Meyer, III
Henry A. Meyer, III